# Exhibit 1

Google                                                      Sign in

Round trip ▾     1 ▾     Economy ▾

San Jose... ⇌ Austin AUS    Sun, Mar 26 | Fri, Mar 31

All filters   Stops ▾   Airlines ▾   Bags ▾   Price ▾   Times ▾   Connec...

Track prices   Mar 26–31, 2023 ○    Any dates ○    Date grid    Price graph

Prices are currently typical for your trip.   ⌄

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by: ↕

| 10:55 AM → 4:18 PM | $358 round trip |
| SJC — AUS Nonstop · 3 hr 23 min · Alaska · American | |

| 6:15 AM → 3:21 PM | $393 round trip |
| SJC — AUS 1 stop in LAX · 7 hr 6 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | |

| 8:40 PM → 3:21 PM+1 | $441 round trip |
| SJC — AUS 1 stop in LAX ⚠ · 16 hr 41 min · Alaska · Operated by Skywest Airlines as AlaskaSkyW… | |

| 6:30 PM → 3:21 PM+1 | $461 round trip |
| SJC — AUS 1 stop in LAX ⚠ · 18 hr 51 min · Alaska · Operated by Skywest Airlines as AlaskaSkyW… | |

| 7:00 AM → 2:00 PM | $491 round trip |
| SJC — AUS 1 stop in SAN · 5 hr · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | |

| 7:00 AM → 11:22 PM | $541 |

| Flight | Times | Route | Details | Price |
|---|---|---|---|---|
| | | SJC → AUS | 1 stop in SAN · 14 hr 22 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | round trip |
| American | 6:10 AM → 12:45 PM | SJC → AUS | 1 stop in PHX · 4 hr 35 min · American | $554 round trip |
| American | 6:10 AM → 1:21 PM | SJC → AUS | 1 stop in DFW · 5 hr 11 min · American | $554 round trip |
| American | 6:10 AM → 3:46 PM | SJC → AUS | 1 stop in DFW · 7 hr 36 min · American | $554 round trip |
| American | 6:10 AM → 4:28 PM | SJC → AUS | 1 stop in DFW · 8 hr 18 min · American | $554 round trip |
| American | 8:05 AM → 3:46 PM | SJC → AUS | 1 stop in DFW · 5 hr 41 min · American | $554 round trip |
| American | 8:05 AM → 4:28 PM | SJC → AUS | 1 stop in DFW · 6 hr 23 min · American | $554 round trip |
| American | 8:05 AM → 5:29 PM | SJC → AUS | 1 stop in DFW · 7 hr 24 min · American | $554 round trip |
| American | 9:38 AM → 4:32 PM | SJC → AUS | 1 stop in PHX · 4 hr 54 min · American | $554 round trip |
| American | 12:09 PM → 7:50 PM | SJC → AUS | 1 stop in DFW · 5 hr 41 min · American | $554 round trip |
| American | 12:09 PM → 8:38 PM | SJC → AUS | 1 stop in DFW · 6 hr 29 min · American | $554 round trip |
| American | 12:09 PM → 9:30 PM | | | $554 |

| | | | |
|---|---|---|---|
| | SJC → AUS<br>1 stop in DFW · 7 hr 21 min · American | round trip | |
| ✈ | 2:04 PM → 9:30 PM<br>SJC    AUS<br>1 stop in DFW · 5 hr 26 min · American | $554<br>round trip | ⌄ |
| ✈ | 2:04 PM → 11:23 PM<br>SJC    AUS<br>1 stop in DFW · 7 hr 19 min · American | $554<br>round trip | ⌄ |
| | 7:35 AM → 6:53 PM<br>SJC    AUS<br>1 stop in SEA · 9 hr 18 min · Alaska | $578<br>round trip | ⌄ |
| | 9:20 AM → 6:53 PM<br>SJC    AUS<br>1 stop in SEA · 7 hr 33 min · Alaska | $578<br>round trip | ⌄ |
| | 6:40 PM → 2:00 PM+1<br>SJC    AUS<br>1 stop in SAN ⚠ · 17 hr 20 min · Alaska · Operated by Skywest Airlines as AlaskaSky… | $581<br>round trip | ⌄ |
| | 8:00 PM → 2:00 PM+1<br>SJC    AUS<br>1 stop in SAN ⚠ · 16 hr · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $581<br>round trip | ⌄ |
| | 6:15 AM → 6:53 PM<br>SJC    AUS<br>1 stop in SEA · 10 hr 38 min · Alaska | $611<br>round trip | ⌄ |
| | 2:30 PM → 10:34 PM<br>SJC    AUS<br>1 stop in IAH · 6 hr 4 min · United | $638<br>round trip | ⌄ |
| | 11:25 AM → 5:41 AM+1<br>SJC    AUS<br>1 stop in SEA · 16 hr 16 min · Alaska | $641<br>round trip | ⌄ |
| | 8:25 PM → 5:41 AM+1<br>SJC    AUS<br>1 stop in SEA · 7 hr 16 min · Alaska | $658<br>round trip | ⌄ |
| | 8:40 PM → 1:06 PM+1 | $661 | ⌄ |

| | | |
|---|---|---|
| SJC — AUS  1 stop in LAX ⚠ · 14 hr 26 min · Alaska, United · Operated by Skywest Airlines as Alas… | | round trip |
| 9:20 AM → 11:22 PM  SJC   AUS  1 stop in SAN · 12 hr 2 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $661 round trip | |
| 11:40 AM → 11:22 PM  SJC   AUS  1 stop in SAN · 9 hr 42 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $661 round trip | |
| 8:40 PM → 8:44 AM+1  SJC   AUS  2 stops in LAX, IAH · 10 hr 4 min · Alaska, United · Operated by Skywest Airlines as Ala… | $665 round trip | |
| 8:45 AM → 11:38 PM  SJC   AUS  1 stop in DEN · 12 hr 53 min · United | $670 round trip | |
| 1:45 PM → 5:41 AM+1  SJC   AUS  1 stop in SEA · 13 hr 56 min · Alaska | $674 round trip | |
| 8:45 AM → 10:34 PM  SJC   AUS  2 stops in DEN, IAH · 11 hr 49 min · United | $674 round trip | |
| 12:00 PM → 8:21 PM  SJC   AUS  1 stop in LAX · 6 hr 21 min · American · Operated by Skywest Airlines as American Eagle | $707 round trip | |
| 2:00 PM → 2:00 PM+1  SJC   AUS  1 stop in SAN ⚠ · 22 hr · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $711 round trip | |
| 4:40 PM → 2:00 PM+1  SJC   AUS  1 stop in SAN ⚠ · 19 hr 20 min · Alaska · Operated by Skywest Airlines as AlaskaSky… | $711 round trip | |
| 2:00 PM → 11:22 PM  SJC   AUS  1 stop in SAN · 7 hr 22 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $731 round trip | |
| 4:40 PM → 11:22 PM | $731 | |

| | | |
|---|---|---|
| SJC → AUS<br>1 stop in SAN · 4 hr 42 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | round trip |
| 8:25 PM → 2:00 PM +1<br>SJC           AUS<br>1 stop in SEA ⚠ · 15 hr 35 min · Alaska | | $734<br>round trip |
| 7:30 AM → 3:29 PM<br>SJC           AUS<br>1 stop in IAH · 5 hr 59 min · United | | $738<br>round trip |
| 3:52 PM → 11:38 PM<br>SJC           AUS<br>1 stop in DEN · 5 hr 46 min · United | | $738<br>round trip |
| 3:50 PM → 5:41 AM +1<br>SJC           AUS<br>1 stop in SEA · 11 hr 51 min · Alaska | | $741<br>round trip |
| 6:05 PM → 5:41 AM +1<br>SJC           AUS<br>1 stop in SEA · 9 hr 36 min · Alaska | | $741<br>round trip |
| 3:52 PM → 1:12 PM +1<br>SJC           AUS<br>1 stop in DEN ⚠ · 19 hr 20 min · United | | $772<br>round trip |
| 2:30 PM → 8:44 AM +1<br>SJC           AUS<br>1 stop in IAH ⚠ · 16 hr 14 min · United | | $786<br>round trip |
| 2:30 PM → 10:53 AM +1<br>SJC           AUS<br>1 stop in IAH ⚠ · 18 hr 23 min · United | | $786<br>round trip |
| 2:04 PM → 8:03 AM +1<br>SJC           AUS<br>1 stop in DFW ⚠ · 15 hr 59 min · American | | $848<br>round trip |
| 6:25 AM → 3:40 PM<br>SJC           AUS<br>1 stop in SEA · 7 hr 15 min · Delta | | $851<br>round trip |
| 5:00 PM → 12:52 AM +1 | | $851 |

| Airline | Times | Route | Details | Price |
|---|---|---|---|---|
| Delta | | SJC → AUS | 1 stop in SLC · 5 hr 52 min · Delta | round trip |
| Delta | 12:34 PM → 12:29 AM+1 | SJC → AUS | 1 stop in ATL · 9 hr 55 min · Delta | $1,192 round trip |
| Southwest | 6:30 AM → 11:45 AM | SJC → AUS | Nonstop · 3 hr 15 min · Southwest | Price unavailable |
| Southwest | 6:30 AM → 1:00 PM | SJC → AUS | 1 stop in LAS · 4 hr 30 min · Southwest | Price unavailable |
| Southwest | 8:15 AM → 3:00 PM | SJC → AUS | 1 stop in SAN · 4 hr 45 min · Southwest | Price unavailable |
| Southwest | 9:15 AM → 2:30 PM | SJC → AUS | Nonstop · 3 hr 15 min · Southwest | Price unavailable |
| Southwest | 4:05 PM → 9:20 PM | SJC → AUS | Nonstop · 3 hr 15 min · Southwest | Price unavailable |

Hide 45 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more