# Exhibit 2




Google Sign in

Round trip 1 Economy

San Jose... Waco ACT Sun, Mar 26 Fri, Mar 31

All filters Stops Airlines Bags Price Times Connec

Track prices Mar 26–31, 2023 Date grid Price graph

Prices are currently typical for your trip.

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Sort by:

6:10 AM – 3:41 PM $728
SJC ACT round trip
1 stop in DFW · 7 hr 31 min · American · Operated by Skywest Airlines as American Eag...

8:05 AM – 3:41 PM $728
SJC ACT round trip
1 stop in DFW · 5 hr 36 min · American · Operated by Skywest Airlines as American Eag...

8:05 AM – 5:31 PM $728
SJC ACT round trip
1 stop in DFW · 7 hr 26 min · American · Operated by Skywest Airlines as American Eag...

12:09 PM – 7:48 PM $728
SJC ACT round trip
1 stop in DFW · 5 hr 39 min · American · Operated by Skywest Airlines as American Eag...

2:04 PM – 11:22 PM $728
SJC ACT round trip
1 stop in DFW · 7 hr 18 min · American · Operated by Skywest Airlines as American Eag...

6:10 AM – 3:41 PM $782

| | | | |
|---|---|---|---|
| | SJC | ACT | round trip |
| | 2 stops in PHX, DFW · 7 hr 31 min · American · Operated by Skywest Airlines as Americ… | | |
| | 9:38 AM → 7:48 PM | | $952 |
| | SJC | ACT | round trip |
| | 2 stops in PHX, DFW · 8 hr 10 min · American · Operated by Skywest Airlines as Americ… | | |
| | 6:10 AM → 5:31 PM | | $991 |
| | SJC | ACT | round trip |
| | 1 stop in DFW · 9 hr 21 min · American · Operated by Skywest Airlines as American Eag… | | |
| | 6:10 AM → 7:48 PM | | $991 |
| | SJC | ACT | round trip |
| | 1 stop in DFW · 11 hr 38 min · American · Operated by Skywest Airlines as American Ea… | | |
| | 8:05 AM → 7:48 PM | | $991 |
| | SJC | ACT | round trip |
| | 1 stop in DFW · 9 hr 43 min · American · Operated by Skywest Airlines as American Eag… | | |
| | 8:05 AM → 11:22 PM | | $991 |
| | SJC | ACT | round trip |
| | 1 stop in DFW · 13 hr 17 min · American · Operated by Skywest Airlines as American Ea… | | |
| | 12:09 PM → 11:22 PM | | $991 |
| | SJC | ACT | round trip |
| | 1 stop in DFW · 9 hr 13 min · American · Operated by Skywest Airlines as American Eag… | | |

Hide 9 flights

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more