# Exhibit 3





Google Sign in

Round trip 1 Economy

Toronto ... Austin AUS Sun, Mar 26 Fri, Mar 31

All filters Stops Airlines Bags Price Times Connec

Track prices Mar 26–31, 2023 Any dates Date grid Price graph

Prices are currently **high** for your trip.

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Sort by:

8:00 AM → 10:46 AM $544
YYZ AUS round trip
Nonstop · 3 hr 46 min · Air Canada · United · Operated by Air Canada Express - Jazz

8:00 AM → 1:09 PM $550
YYZ AUS round trip
1 stop in IAH · 6 hr 9 min · United · Air Canada · Operated by Skywest DBA United Expr...

8:00 AM → 3:29 PM $550
YYZ AUS round trip
1 stop in IAH · 8 hr 29 min · United · Air Canada · Operated by Skywest DBA United Exp...

8:00 AM → 7:04 PM $550
YYZ AUS round trip
1 stop in IAH · 12 hr 4 min · United · Operated by Skywest DBA United Express

8:00 AM → 8:39 PM $550
YYZ AUS round trip
1 stop in IAH · 13 hr 39 min · United · Operated by Skywest DBA United Express

2:30 PM → 10:34 PM $569

| | | |
|---|---|---|
| | YYZ → AUS<br>1 stop in IAH · 9 hr 4 min · Air Canada, United | round trip |
| Delta | 6:00 AM → 12:06 PM<br>YYZ   AUS<br>1 stop in MSP · 7 hr 6 min · Delta · WestJet · Operated by Skywest DBA Delta Connecti... | $581<br>round trip |
| Delta | 6:10 AM → 12:31 PM<br>YYZ   AUS<br>1 stop in ATL · 7 hr 21 min · Delta | $581<br>round trip |
| United | 8:00 AM → 5:29 PM<br>YYZ   AUS<br>1 stop in IAH · 10 hr 29 min · United · Operated by Skywest DBA United Express, Mesa ... | $611<br>round trip |
| United | 9:18 PM → 10:15 AM+1<br>YYZ   AUS<br>1 stop in ORD ⚠ · 13 hr 57 min · United · Operated by Republic Airways DBA United Ex... | $611<br>round trip |
| | 10:30 AM → 3:29 PM<br>YYZ   AUS<br>1 stop in IAH · 5 hr 59 min · Air Canada, United | $615<br>round trip |
| | 10:30 AM → 5:29 PM<br>YYZ   AUS<br>1 stop in IAH · 7 hr 59 min · Air Canada, United · Operated by Mesa Airlines DBA United... | $615<br>round trip |
| Delta | 6:15 AM → 10:27 AM<br>YYZ   AUS<br>1 stop in DTW · 5 hr 12 min · Delta · WestJet · Operated by Skywest DBA Delta Connect... | $628<br>round trip |
| Delta | 4:59 PM → 12:52 AM+1<br>YYZ   AUS<br>1 stop in SLC · 8 hr 53 min · Delta | $651<br>round trip |
| | 2:30 PM → 11:38 PM<br>YYZ   AUS<br>1 stop in DEN · 10 hr 8 min · Air Canada, United | $654<br>round trip |
| American | 6:00 AM → 10:56 AM<br>YYZ   AUS<br>1 stop in CLT · 5 hr 56 min · American | $673<br>round trip |
| American | 6:00 AM → 12:45 PM<br>YYZ   AUS | $673 |

| Flight | Times | Route | Details | Price |
|---|---|---|---|---|
| American | YYZ → AUS | | 1 stop in CLT · 7 hr 45 min · American | $673 round trip |
| American | 7:00 AM → 11:18 AM | YYZ → AUS | 1 stop in DFW · 5 hr 18 min · American | $673 round trip |
| American | 7:00 AM → 12:31 PM | YYZ → AUS | 1 stop in DFW · 6 hr 31 min · American | $673 round trip |
| American | 7:00 AM → 1:21 PM | YYZ → AUS | 1 stop in DFW · 7 hr 21 min · American | $673 round trip |
| American | 11:40 AM → 4:23 PM | YYZ → AUS | 1 stop in CLT · 5 hr 43 min · American | $673 round trip |
| American | 11:40 AM → 6:02 PM | YYZ → AUS | 1 stop in CLT · 7 hr 22 min · American | $673 round trip |
| American | 11:40 AM → 7:46 PM | YYZ → AUS | 1 stop in CLT · 9 hr 6 min · American | $673 round trip |
| American | 12:14 PM → 4:28 PM | YYZ → AUS | 1 stop in DFW · 5 hr 14 min · American | $673 round trip |
| American | 12:14 PM → 5:29 PM | YYZ → AUS | 1 stop in DFW · 6 hr 15 min · American | $673 round trip |
| American | 12:14 PM → 7:50 PM | YYZ → AUS | 1 stop in DFW · 8 hr 36 min · American | $673 round trip |
| American | 3:00 PM → 7:46 PM | YYZ → AUS | 1 stop in CLT · 5 hr 46 min · American | $673 round trip |
| American | 3:20 PM → 9:18 PM | YYZ → AUS | | $673 round trip |

| | | |
|---|---|---|
| YYZ — AUS<br>1 stop in BOS · 6 hr 58 min · American · Operated by Republic Airways as American Ea… | | round trip |
| 3:55 PM → 9:11 PM<br>YYZ — AUS<br>1 stop in PHL · 6 hr 16 min · American · Operated by PSA Airlines as American Eagle | | $673<br>round trip |
| 5:20 PM → 11:23 PM<br>YYZ — AUS<br>1 stop in DFW · 7 hr 3 min · American | | $673<br>round trip |
| 5:20 PM → 8:03 AM+1<br>YYZ — AUS<br>1 stop in DFW ⚠ · 15 hr 43 min · American | | $673<br>round trip |
| 7:15 PM → 10:56 AM+1<br>YYZ — AUS<br>1 stop in CLT ⚠ · 16 hr 41 min · American | | $673<br>round trip |
| 7:15 PM → 12:45 PM+1<br>YYZ — AUS<br>1 stop in CLT ⚠ · 18 hr 30 min · American | | $673<br>round trip |
| 6:00 PM → 12:29 AM+1<br>YYZ — AUS<br>1 stop in ATL · 7 hr 29 min · Delta | | $682<br>round trip |
| 6:00 AM → 10:58 AM<br>YYZ — AUS<br>1 stop in IAD · 5 hr 58 min · United · Operated by Air Wisconsin DBA United Express | | $714<br>round trip |
| 6:00 AM → 1:09 PM<br>YYZ — AUS<br>2 stops in IAD, IAH · 8 hr 9 min · United · Operated by Air Wisconsin DBA United Express | | $714<br>round trip |
| 6:00 AM → 3:16 PM<br>YYZ — AUS<br>1 stop in IAD · 10 hr 16 min · United · Operated by Air Wisconsin DBA United Express | | $714<br>round trip |
| 8:55 PM → 10:15 AM+1<br>YYZ — AUS<br>1 stop in ORD ⚠ · 14 hr 20 min · Air Canada, United · Operated by Air Canada Express … | | $724<br>round trip |
| 6:00 PM → 10:45 PM | | $729 |

| | | | |
|---|---|---|---|
| | YYZ — AUS | | round trip |
| | 1 stop in ATL · 5 hr 45 min · Delta · WestJet | | |

| 7:40 AM → 3:50 PM | $747 |
|---|---|
| YYZ               AUS | round trip |
| 1 stop in ORD · 9 hr 10 min · Air Canada, United · Operated by Air Canada Express - Jazz | |

| 7:55 AM → 10:29 PM | $747 |
|---|---|
| YYZ               AUS | round trip |
| 1 stop in ORD · 15 hr 34 min · Air Canada, United · Operated by Air Canada Express - Ja… | |

| 10:19 AM → 3:16 PM | $747 |
|---|---|
| YYZ                AUS | round trip |
| 1 stop in IAD · 5 hr 57 min · United · Operated by Air Wisconsin DBA United Express | |

| 5:40 PM → 10:15 AM⁺¹ | $752 |
|---|---|
| YYZ                AUS | round trip |
| 1 stop in ORD ⚠ · 17 hr 35 min · United · Operated by Republic Airways DBA United Ex… | |

| 10:30 AM → 7:04 PM | $754 |
|---|---|
| YYZ                AUS | round trip |
| 1 stop in IAH · 9 hr 34 min · Air Canada, United | |

| 10:21 AM → 6:07 PM | $763 |
|---|---|
| YYZ                AUS | round trip |
| 1 stop in EWR · 8 hr 46 min · United · Operated by Republic Airways DBA United Express | |

| 2:05 PM → 10:34 PM | $763 |
|---|---|
| YYZ               AUS | round trip |
| 1 stop in IAH · 9 hr 29 min · United · Operated by Skywest DBA United Express | |

| 3:25 PM → 10:36 PM | $763 |
|---|---|
| YYZ               AUS | round trip |
| 1 stop in EWR · 8 hr 11 min · United · Operated by Republic Airways DBA United Express | |

| 9:18 PM → 11:56 AM⁺¹ | $763 |
|---|---|
| YYZ                 AUS | round trip |
| 1 stop in ORD ⚠ · 15 hr 38 min · United · Operated by Republic Airways DBA United Ex… | |

| 6:15 PM → 4:58 AM⁺¹ | $766 |
|---|---|
| YYZ                AUS | round trip |
| 1 stop in SFO · 11 hr 43 min · United | |

| 8:55 AM → 3:16 PM | $766 |
|---|---|

| | | | |
|---|---|---|---|
| YYZ | AUS | | round trip |
| 1 stop in IAD · 7 hr 21 min · Air Canada, United · Operated by Air Canada Express - Jazz | | | |

| 6:30 PM → 10:48 PM | | $790 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in ORD · 5 hr 18 min · American · Operated by Skywest Airlines as American Eag… | | |

| 8:30 AM → 4:34 PM | | $791 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in DEN · 9 hr 4 min · Air Canada, United | | |

| 1:50 PM → 10:29 PM | | $810 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in ORD · 9 hr 39 min · United · Operated by Gojet Airlines DBA United Express | | |

| 11:05 AM → 3:50 PM | | $825 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in ORD · 5 hr 45 min · United · Air Canada · Operated by Republic Airways DBA U… | | |

| 5:40 PM → 10:29 PM | | $883 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in ORD · 5 hr 49 min · United · Air Canada · Operated by Republic Airways DBA U… | | |

| 4:20 PM → 10:36 PM | | $1,069 |
|---|---|---|
| YYZ | AUS | round trip |
| 1 stop in EWR · 7 hr 16 min · Air Canada, United · Operated by Air Canada Express - Jazz | | |

Hide 47 flights

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more