# Exhibit 4

# Google Flights - Toronto to Waco

**Round trip** | **1** | **Economy**

From: Toronto ... ⇌ To: Waco ACT
Departure: Sun, Mar 26 | Return: Fri, Mar 31

Filters: All filters | Stops | Airlines | Bags | Price | Times | Connec...

Track prices — Mar 26–31, 2023 (off) | Date grid | Price graph

**Prices are currently high for your trip.**

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by: ↑↓

| Flight | Route | Details | Price |
|---|---|---|---|
| 7:00 AM → 11:13 AM | YYZ → ACT | 1 stop in DFW · 5 hr 13 min · American · Operated by Skywest Airlines as American Eag... | $682 round trip |
| 7:00 AM → 3:41 PM | YYZ → ACT | 1 stop in DFW · 9 hr 41 min · American · Operated by Skywest Airlines as American Eag... | $682 round trip |
| 7:00 AM → 5:31 PM | YYZ → ACT | 1 stop in DFW · 11 hr 31 min · American · Operated by Skywest Airlines as American Ea... | $682 round trip |
| 7:00 AM → 7:48 PM | YYZ → ACT | 1 stop in DFW · 13 hr 48 min · American · Operated by Skywest Airlines as American Ea... | $682 round trip |
| 12:14 PM → 5:31 PM | YYZ → ACT | 1 stop in DFW · 6 hr 17 min · American · Operated by Skywest Airlines as American Eag... | $682 round trip |
| 12:14 PM → 7:48 PM | YYZ → ACT | | $682 |



| | | |
|---|---|---|
| YYZ → ACT<br>1 stop in DFW · 8 hr 34 min · American · Operated by Skywest Airlines as American Eag… | | round trip |
| 12:14 PM → 11:22 PM<br>YYZ   ACT<br>1 stop in DFW · 12 hr 8 min · American · Operated by Skywest Airlines as American Eag… | $682<br>round trip | |
| 5:20 PM → 11:22 PM<br>YYZ   ACT<br>1 stop in DFW · 7 hr 2 min · American · Operated by Skywest Airlines as American Eagle | $682<br>round trip | |
| 12:14 PM → 7:48 PM<br>YYZ   ACT<br>2 stops in ORD, DFW · 8 hr 34 min · American · Operated by Skywest Airlines as Americ… | $820<br>round trip | |
| 1:30 PM → 7:48 PM<br>YYZ   ACT<br>2 stops in ORD, DFW · 7 hr 18 min · American · Operated by Skywest Airlines as Americ… | $820<br>round trip | |

Hide 6 flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more