# Exhibit 5

Google Sign in

Round trip 1 Economy

Penang P... Austin AUS Sun, Mar 26 Fri, Mar 31

All filters Stops Airlines Bags Price Times Connec

Track prices Mar 26–31, 2023 Date grid Price graph

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Sort by:

6:00 PM – 4:58 AM+1
PEN AUS
2 stops in SIN, SFO · 23 hr 58 min · Singapore Airlines, United
$2,066
round trip

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more



