# Exhibit 6

Google

Sign in

Round trip 1 Economy

Penang P... Waco ACT

Sun, Mar 26 Fri, Mar 31

All filters Stops Airlines Bags Price Times Connec

Track prices Mar 26–31, 2023

Date grid Price graph

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by:

6:00 PM – 9:28 AM+1 PEN ACT
3 stops in SIN, SFO, DFW · 28 hr 28 min · Singapore Airlines, United, American · Operat...
$4,818 round trip

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more



