# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PROFESSOR MASAHIRO IIDA,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 6:22-cv-00662-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff Professor Masahiro Iida and Defendant Intel Corporation move for entry of the attached Scheduling Order, as directed by the Court's Standing Order Governing Proceedings – Patent Cases (September 16, 2022).

.

DATED: October 12, 2022

/s/ Joshua R. Slavitt
Travis C. Barton
Texas State Bar No. 00790276
Richard D. Milvenan
Texas State Bar No. 14171800
McGINNIS & LOCHRIDGE LLP
1111 W. 6th Street, Bldg. B, Suite 400
Austin, TX 78703
Telephone: (512) 495-6005
Facsimile: (512) 505-6305
Email: tcbarton@mcginnislaw.com
Email: rmilvenan@mcginnislaw.com

Joshua R. Slavitt (*pro hac vice*)
SLAVITT IP LAW, LLC
535 Hamilton Road
Merion Station, PA 19066
Telephone: (215) 880-2569
Email: josh@slavittiplaw.com

Jacob C. Cohn (*pro hac vice*)
Ilan Rosenberg (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 561-2300
Email: jcohn@grsm.com
Email: irosenberg@grsm.com

**Attorneys for Plaintiff Professor Masahiro Iida**

Respectfully submitted,

/s/ J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6401
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

Zachary M. Briers (*pro hac vice*)
Vincent Y. Ling (*pro hac vice*)
Faye Paul Teller (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
zachary.briers@mto.com
vinny.ling@mto.com
faye.teller@mto.com

J. Kain Day (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Telephone: (202) 220-1100
kain.day@mto.com

Andrew T. Nguyen (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
andrew.nguyen@mto.com

**Attorneys for Defendant Intel Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2022, I electronically filed the foregoing *Joint Motion for Proposed Scheduling Order* with the Clerk of the Court by using the CM/ECF system, and the forgoing was served via e-mail therefrom to all counsel of record.

*/s/ J. Stephen  Ravel*
J. Stephen  Ravel
