IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROFESSOR MASAHIRO IIDA,<br><br>  *Plaintiff*,<br>v.<br><br>INTEL CORPORATION,<br><br>  *Defendant*. | Case No. 6:22-cv-00662-ADA<br><br>Jury Trial Demanded |

### SUPPLEMENTAL DECLARATION OF HEATHER E. TAKAHASHI

I, Heather E. Takahashi, declare as follows:

1. I am an attorney at the law firm Munger, Tolles & Olson LLP, counsel for Defendant Intel Corporation ("Intel") in the above-captioned action. I provide this declaration in support of Intel's Reply Claim Construction Brief. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 19** is a true and correct copy of a titled "FPGA Architecture, Altera White Paper WP-01003-1.0" (July 2006), available at www.altera.com/en_US/pdfs/literature/wp/wp-01003.pdf.

3. Attached as **Exhibit 20** is a true and correct copy of Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, served in the above-captioned litigation on September 20, 2022.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on February 23, 2023, at Los Angeles, California.

*/s/ Heather E. Takahashi*
Heather E. Takahashi
